# UNITED STATES DISTRICT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| STEVEN SHERWOOD, et al<br><br>Plaintiffs<br><br>v.<br><br>HILL CONSTRUCTION CO., et al<br><br>Defendants | Civ. No.: 96-2128 (JAF)<br><br>Diversity – Personal Injury |

## INFORMATIVE MOTION
## REGARDING CHANGE OF ADDRESS
## AND REQUEST FOR MONTHLY STATEMENTS

TO THE HONORABLE COURT:

COME NOW the plaintiffs in the captioned case and very respectfully states as follows:

1. As a result of a settlement of the captioned case on November 3rd, 1997 the amount of $15,000.00 was deposited with the Court for the benefit of minor plaintiff Ashley Sherwood.

2. Ashley's parents, plaintiffs Steven and Pamela Sherwood, hereby inform that they have changed their address and now reside at:

    4323 White Hickory Lane
    Kennesaw, GA 30152-7723

3. Plaintiffs also request that the Honorable Court provide them with a monthly statement of the interest earned by the settlement funds deposited for the benefit of minor plaintiff Ashley Sherwood.

WHEREFORE, it is respectfully requested that the court take note above and forward monthly statements of account to the plaintiffs at their new address: 4323 White Hickory Lane, Kennesaw, GA 30152-7723.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 21st day of September, 2005.

S/Manuel San Juan

_____
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.: (787) 723-6637 / (787) 723-6669
Fax:  (787) 725-2932