**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| STEVEN SHERWOOD, et al | Civ. No.: 96-2128 (JAF) |
| Plaintiffs | |
| v. | Diversity – Personal Injury |
| HILL CONSTRUCTION CO., et al | |
| Defendants | |

**MOTION REQUESTING DISBURSEMENT OF FUNDS**

TO THE HONORABLE COURT:

COME NOW the plaintiffs in the captioned case and very respectfully state, inform and pray as follows:

1. As a result of a settlement of the captioned case on November 3rd, 1997, the amount of $15,000.00 was deposited with the Court for the benefit of minor plaintiff Ashley Sherwood.

2. On August 2006 Ashley will start pursuing university studies at "The University of Tennessee", Knoxville, Tennessee. As per the attached 2006-07 Estimated Annual Student Budget from "The University of Tennessee" her total register fees are $24,132.00. See Exhibit 1.

2. As per the attached breakdown of her expenses and income to cover college expenses provided by her parents, see Exhibit 2, she will need $5,000.00 to complete the payment of all her study expenses.

WHEREFORE, it is very respectfully requested that this Honorable Court order the disbursement from the settlement funds deposited with the Clerk of a check in the amount of $5,000.00, payable to "The University of Tennessee".

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 20th day of April, 2006.

S/Manuel San Juan

MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.: (787) 723-6637 / (787) 723-6669
Fax: (787) 725-2932