# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | MANUEL SAN JUAN | From: | Steve Sherwood |
| | ATTORNEY | | Kennesaw, Georgia |
| Fax: | 787-725-2932 | Date: | April 17, 2006 |
| ph: | 787-723-6637 | Pages: | 3 Including Cover |
| Re: | CD Withdrawal for | Info: | My Phone: 404-347-2522 |
| | Ashley Lynn Sherwood | | Eve 770-420-8664; Cell 404-368-5652 |

Dear Manny,

It was great to talk with you a few months ago. Per our discussion, Pam & I wish to petition the U.S. District Court for some of Ashley's funds held in a Certificate of Deposit by the court. We wish to withdrawal $5,000 for college. We will need these funds by mid-August in order to pay her fees. She will attend University of Tennessee.

Here is a breakdown of her expenses for college this upcoming school year (2006-2007). Attached is backup information. Costs are for entire school year, consisting of two semesters:

| | |
|---|---:|
| Tuition (out-of-state) | $ 16,828 |
| Books | 1,250 |
| Room & Board | 6,054 |
| Notebook Computer | 1,868 |
| TOTAL Expenses | $ 26,000 |

| Income to cover college expenses | |
|---|---:|
| Unsubsidized Stafford Loan | $ 2,625 |
| Music Scholarship | 2,000 |
| Ashley's 529 Plan | 2,975 |
| PLUS (parent's) Loan | 10,000 |
| Personal income from parents | 3,400 |
| Balance Required | $ 5,000 |

Steve *[signature: Steve Sherwood]*

Apr 17 06 03:12p    USDB FOREST SRV    404 347 2399    p.2
Case 3:96-cv-02128-JAF    Document 23-2    Filed 04/24/2006    Page 2 of 3
University of Tennessee: Template (2-Column 100% Width)    Page 1 of 1




University Links ▼    A-Z Index / WebMail / Dept. Directory    Enter search  Select type of search ▼ 

# Estimated Costs

- Financial Aid Home
- Grants
- Scholarships
- Loans
- Work Study
- Free Application for Federal Student Aid (FAFSA)
- Summer Aid
- Transfer Students
- Study Abroad
- Quality Assurance Program
- Satisfactory Academic Progress
- Estimated Costs
- Important Dates
- UT Home
- Admissions
- Frequently Asked Questions
- Aid Links

## 2006-07 ESTIMATED ANNUAL STUDENT BUDGET

*(Based on in-state, full-time enrollment)*

| Direct Costs | Undergraduate | Graduate | Law | Vet Med |
|---|---|---|---|---|
| Tuition & Fees | $5,520 | $6,266 | $9,850 | $12,160 |
| **Indirect Costs** | | | | |
| Books | $1,250 | $1,470 | $1,470 | $2,742 |
| Room & Board | $6,054 | $8,464 | $8,464 | $8,464 |
| Transportation | $2,050 | $2,050 | $2,050 | $2,050 |
| Personal | $2,816 | $3,176 | $3,176 | $3,176 |
| **Total** | **$17,690*** | **$21,426*** | **$25,010**** | **$28,592***** |

- The University reserves the right to adjust tuition charges when deemed necessary. Tuition charges may vary depending on the student's program of study. Indirect costs will vary depending on the student's housing status.
- *Out-of-state undergraduate and graduate students must add **$11,308** for out-of-state tuition.
- **Out-of-state law students must add **$15,114** for out-of-state tuition.
- ***Out-of-state Vet Med students must add **$21,700** for out-of-state tuition.

```
  5,520
  1,250
  6,054
 11,308
 ------
 24,132
```

Copyright ©2003 The University of Tennessee · Knoxville Tennessee 37996 · Telephone 865-974-1000 Voice/TDD




# Lenovo / Thinkpad Price Sheet
## March 27, 2006

### Closeouts

| Description | Part # | Price |
|---|---|---|
| *R52 Pentium M 750 1.8GHz, 15" XGA display, 512MB RAM, 40GB, CDRW/DVD integrated video, gigabit ethernet, FW, 802.11a,b,g Win XP Pro, 3 yr std warranty, 6.6lbs | 1860CAU | $1299 |
| *R52 Pentium M 750 1.8Ghz, 14" XGA display, 512MB RAM, 60GB, DVD±RW, M22 video w/ 64MB, gigabit ethernet, FW, Fingerprint reader, 802.11a,b,g Win XP Pro, 3 yr std warranty, 6.2lbs | 1847BKU | $1399 |
| *T43 Pentium M 770 2.13GHz 15" UXGA Display, 1GB, 80GB, DVD±RW 128MB Mobility Fire GL V3200, wifi wireless, 56K, gigabit ethernet, Win XP Pro, 3yr std warranty, 6.3lbs | 2668C4U | $1999 |

* Free 3 year Protection Plus warranty on all closeout models

### Accessories

| Description | Part # | Price |
|---|---|---|
| Thinkpad AC/DC combo adapter for the R40, R51, T40, T42 | 22P9010 | $77 |
| Thinkpad Port Replicator II for R40, R51, T40, T42 | 74P6733 | $138 |
| Thinkpad 9 cell extended LiIon battery for R51, T40, T42 | 92P1102 | $159 |
| Thinkpad Mini Dock w/ power supply for R40, R51, T40, T42 | 287810U | $193 |
| Thinkpad X4 Ultrabase Docking Station for Thinkpad X41 | 250610U | $160 |
| Combo II Ultrabay Slim Drive for X4 Ultrabase | 73P3288 | $121 |
| Multiburner Ultrabay Slim Drive for X4 Ultrabase | 73P3342 | $199 |

### ThinkPad Z60m, Z61m

| Description | Part # | Price |
|---|---|---|
| Z60m Pentium M 750 1.86 GHz, 512MB RAM, 80GB HD, DVD±RW, 15.4" display, 7 lbs., 3 year warranty | 25311PU | $1549 |
| Z61m Intel Core Duo T2500, 15.4" WXGA display, 512MB RAM, 80GB, DVD±RW, M54 video w/ 128MB, Fingerprint reader, gigabit ethernet, FW, 802.11abg, bluetooth, Win XP Pro, 3 yr std, 6.2lbs | 9452EBU | $1759 |
| Z61m Intel Core Duo T2500 15.4" WXGA+ display,1GB RAM, 100GB, DVD±RW, M54 video w/ 128MB, Fingerprint reader, gigabit ethernet, FW, 802.11abg, Win XP Pro, 3 yr std, 6.6lbs | 9452E9U | $1929 |

### ThinkPad X41

| Description | Part # | Price |
|---|---|---|
| X41 Tablet Pentium M 1.6GHZ 12.1" XGA display, 512MB, 60GB HD, 56K, bluetooth, 802.11bg, Fingerprint reader, XPP Tablet edition, 3.5lbs, 3 year warranty - no optical drive | 1866CXU | $1899 |

### Thinkcentre - desktop

| Description | Part # | Price |
|---|---|---|
| M52 P4 650 3.4GHZ, 512MB RAM, 80GB, DVD±RW, integrated video, gigabit ethernet, Win XP Pro, 3 yr std | 8113F4U | $899 |
| Thinkvision L171 17" Flat Panel Display (lenovo) VGA | 9227AB6 | $275 |
| KDS BLACK 17IN TFT LCD PANEL 1280X1024 RADIUS | K7B | $246 |

### Protection Plus Warranty

| Description | Part # | Price |
|---|---|---|
| 3 year Thinkpad Protection Plus Warranty upgrade (For computers with 3 yr. std. warranty) - Covers accidental damage (i.e., spilling a coke on it) for 3 years. | 41C9340 | $121 |

All prices, configurations, and availability are subject to change without notice and do not include sales tax. We can sell only to University of Tennessee departments, students, staff, and faculty for their personal use. Products may not be purchased for resale. Proof of eligibility is required. All purchases are for educational use and may not be used in a business or commercial setting.

University Center Computer Store - The University of Tennessee
University Center - Knoxville, TN 37996-4810
email: uccs@utk.edu - web: http://bookstore.asa.utk.edu/uccs/
voice: (865) 974-2930 - fax: (865) 974-3668 - hours: 9:00 - 5:30 M-F