UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| STEVEN SHERWOOD, et al<br><br>Plaintiffs<br><br>v.<br><br>HILL CONSTRUCTION CO., et al<br><br>Defendants | Civ. No.: 96-2128 (JAF)<br><br>Diversity – Personal Injury |

**MOTION REQUESTING DISBURSEMENT OF FUNDS**

TO THE HONORABLE COURT:

COME NOW the plaintiffs in the captioned case and very respectfully state, inform and pray as follows:

1. As a result of a settlement of the captioned case on November 3rd, 1997, the amount of $15,000.00 was deposited with the Court for the benefit of minor plaintiff Ashley Sherwood.

2. Ashley Sherwood is pursuing university studies at The University of Tennessee, Knoxville, Tennessee. As per the attached 2006-07 Estimated Annual Student Budget[1] from The University of Tennessee her total register fees are $17,188.00. See Exhibit 1. In addition, she will incur in other expenses such as: books, room & board, supplies, misc., which are estimated to be approximately $8,812.00.

---

[1] We are submitting the 2006-07 Estimated Annual Student Budget because the 2007-08 Estimated Annual Student Budget from The University of Tennessee is not yet available. It will be set in late summer by the Board of the University. See attached communications from the University of Tennessee, Exhibit 2.

2. As per the attached breakdown of her expenses and income to cover college expenses provided by her parents, see Exhibit 3, Ashley will need $10,000.00 to complete the payment of all her study expenses.

WHEREFORE, it is very respectfully requested that this Honorable Court order the disbursement of the remainder of the settlement funds deposited with the Clerk, by check in the amount of $10,000.00 payable to "The University of Tennessee" and check for any additional amounts payable to Ashley Sherwood.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 3rd day of May, 2007.

S/Manuel San Juan
_____
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.: (787) 723-6637 / (787) 723-6669
Fax:  (787) 725-2932