# THE UNIVERSITY of TENNESSEE

University of Tennessee: Template (2-Column 760px Width)

[University Links]

A-Z Index / WebMail / Dept. Directory

[Enter search] [Select type of search]

## Estimated Costs

**Financial Aid Home**
**Applying for Financial Aid**
**Estimated Costs**
**Types of Aid**
  Grants
  Scholarships
  Loans
  Work Study
**Summer Aid**
**Transfer Students**
**Study Abroad**
**SAP**
**Quality Assurance**
**Forms**
**Links**
**Contact Information**

### 2006-07 ESTIMATED ANNUAL STUDENT BUDGET
(Based on in-state, full-time enrollment)

| | Undergraduate | Graduate | Law | Vet Med |
|---|---|---|---|---|
| **Direct Costs** | | | | |
| Tuition & Fees | $5,622 | $6,366 | $9,934 | $13,374 |
| **Indirect Costs** | | | | |
| Books | $1,250 | $1,470 | $1,470 | $2,742 |
| Room & Board | $6,054 | $8,464 | $8,464 | $8,464 |
| Transportation | $2,050 | $2,050 | $2,050 | $2,050 |
| Personal | $2,816 | $3,176 | $3,176 | $3,176 |
| **Total** | $17,792* | $21,526* | $25,094** | $29,806*** |

Handwritten: 5622 + 11,566 = $17,188

- The University reserves the right to adjust tuition charges when deemed necessary. Tuition charges may vary depending on the student's program of study. Indirect costs will vary depending on the student's housing status.
- *Out-of-state undergraduate and graduate students must add **$11,566** (circled) for out-of-state tuition.
- **Out-of-state law students must add **$15,356** for out-of-state tuition.
- ***Out-of-state Vet Med students must add **$24,066** for out-of-state tuition.

http://web.utk.edu/~finaid/newpage/est-costs.html

From: Steve Sherwood    770 420 1937    To:    04/23/07 17:51 P. 002
Case 3:96-cv-02128-JAF    Document 25-2    Filed 05/03/2007    Page 2 of 4

2.



"Hamby, Ginny S"
<ghamby@utk.edu>
04/23/2007 07:06 AM

To <stsherwood@fs.fed.us>
cc <Zzshers1@aol.com>
bcc
Subject Bursar

Ginny Hamby
Senior Audit Clerk
University of Tennessee
Bursar's Office
865-974-4495

**From:** Hamby, Ginny S
**Sent:** Monday, April 23, 2007 10:03 AM
**To:** 'stsherwood@fs.fed.us'; 'Zzshers1@aol.com'; 'Doggs888@aol.com'
**Subject:** Bursar

Ms. Sherwood,

Thank you for your email. Fall 2007 fees will be set in late Summer by the Board. We do not know what they will be until the Board meets during Summer term. Our website will have the fee schedule as soon as it is released.

That site is www.cpo.utk.edu and you can go to the Bursar site there (use the A-Z index) and click on charges and fees on the side bar. You can also go online now and view Spring 2007 fees. The Spring 2007 fees are the same as what the Fall 2006 fees were. That may be helpful for you for an estimation at this point.

Please contact me if I can be of further help.

Sincerely,

Ginny Hamby
Senior Audit Clerk
University of Tennessee
Bursar's Office
865-974-4495

Ginny Hamby
Senior Audit Clerk
University of Tennessee
Bursar's Office
865-974-4495

Subj: **Fee Information**
Date: 4/23/2007 8:21:06 AM Eastern Daylight Time
From: benshoof@utk.edu
To: helltoga@aol.com

Mr. & Mrs. Sherwood:

We received your fax regarding Fall 2007 fee information. Unfortunately, the board does meet until the end of June to vote on any fee increase. We will not know until that time what the fees will be. Please contact at our office the end of June and we will hopefully have the information you will need.

Jacqueline Benshoof
Fee Control Supervisor

Office of the Bursar
211 Student Services Building
Knoxville, TN  37996

From: Steve Sherwood  770 420 1997  Case 3:96-cv-02128-JAF  Document 25-2  To:  Filed 05/03/2007  04-12-07 21:57  Page 4 of 4  P. 001

3



# FAX

## ATTN: Manny San Juan, Esq., Attorney At Law
## FAX 787-725-2932
## Facsimile Transmittal Sheet

Date: April 12, 2007

| FROM: | Steven T. Sherwood | PHONE: | 404-347-2522 ofc |
|---|---|---|---|
| | 4323 White Hickory Lane | | 404-368-5652 cell |
| | Kennesaw, GA 30152-7723 | | 770-420-8664 home |

Subject: CD Withdrawal for Ashley Lynn Sherwood

Dear Manny,

Per our discussion last year, Pam & I wish to petition the U.S. District Court for part of Ashley's funds held in a Certificate of Deposit by the court. We wish to withdrawal $10,000 to pay a portion of her college costs. She will continue her studies at University of Tennessee, Knoxville, TN.

Here is a breakdown of her expenses for college this upcoming school year (2007-2008). Attached is backup information. Costs are for entire school year, consisting of two semesters:

| | |
|---|---|
| Tuition (out-of-state) | $ 17,188 |
| Books | 1,250 |
| Room & Board | 6,054 |
| Supplies, misc. | 1,508 |
| TOTAL Expenses | $ 26,000 |

Income to cover college expenses
| | |
|---|---|
| Unsubsidized Stafford Loan | $ 2,625 |
| From parents personal funds | 13,375 |
| Balance Required | $ 10,000 |

You asked me to remind you to request the bank/court indicate the funds are in U.S. Dollars (USD).

Thank you.  *Steve Sherwood*

Steve & Pam Sherwood